UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                       :

**UNITED STATES OF AMERICA**        :

        v.                                 :        **07-M-483**

**VANCE DAWSON IV**               :        <u>**NOTICE OF APPEARANCE**</u>

               **Defendant.**          :
-----------------------------------------------------------------------x

      PLEASE TAKE NOTICE that undersigned counsel has been retained by defendant VANCE DAWSON IV to represent him in the above-captioned case.  I was admitted to practice in this district on April 11, 2000.

Dated:  April 29, 2007

*Filed Electronically*

                                                       Respectfully submitted,

                                                       <u>s/Melinda Sarafa</u>
                                                       Melinda Sarafa (MS-9934)

                                                     SARAFA LAW LLC
                                                   111 Broadway, 14th Floor
                                                   New York, NY 10006
                                                   Tel: 212-616-3044
                                                   Fax: 212-616-3046
                                                   msarafa@sarafalaw.com